UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PONTIUS, individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>v.<br><br>TRI-CITY HEALTHCARE DISTRICT d\b\a TRI-CITY MEDICAL CENTER,<br><br>                        Defendant. | Case No.: 3:24-cv-1953-JES-BLM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[ECF NO. 32]** |

It appears to the Court, as evidenced by the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff Rachel Pontius that this case and the claims against Defendant Tri-City Healthcare District d/b/a Tri-City Medical Center should be dismissed. This Court hereby dismisses Plaintiff Pontius's claims in the above-styled matter without prejudice.

It further is **ORDERED** that each party will bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: March 2, 2026

_____

Honorable James E. Simmons Jr.
United States District Judge

1

3:25-cv-1953-JES-BLM